# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| CLETUS OKOJIE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-0962 |
| TREVECCA HEALTHCARE D/B/A BETHANY HEALTH AND REHABILITATION CENTER | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TREVECCA HEALTHCARE d/b/a BETHANY HEALTH AND REHABILITATION CENTER
421 Ocala Drive
Nashville, TN 37211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin S. Gilbert
Gilbert Russell McWherter PLC
5409 Maryland Way, Suite 150
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

CLERK OF COURT

Date: APR 1 0 2014

*Signature of Clerk or Deputy Clerk*