IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CLETUS OKOJIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:14-cv-00962 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| TREVECCA HEALTHCARE, d/b/a | ) | |
| BETHANY HEALTH AND | ) | JURY DEMAND |
| REHABILITATION CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties to this action have filed a Notice of Dismissal with Prejudice, stipulating to the dismissal with prejudice of the action, with no discretionary costs, attorney's fees, or expenses to be applied for or awarded. (Doc. No. 13.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice.** The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 3 0 day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT